UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT-FLINT

In the Matter of:
GREATER FLINT BUILDING AND           Bankruptcy Case No. 08-31049-DSO
LANDSCAPING SERVICES, LLC,
                                     Chapter 7
                                     Hon. Daniel S. Opperman
                 Debtor(s)
_____/


AMENDED NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

The attached check in the amount of $12.06 represents the total sum of unclaimed dividends check in this estate and is paid to the Court pursuant to 11 U.S.C. S347(a). The name(s) of the Party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| The Kroger Co. | 2 | $2.31 |
| Secura Ins. Co. | 3 | $4.34 |
| Innovative Merchant Sol. | 4 | $0.58 |
| The Kroger Co. | 9 | $2.32 |
| National Check Trust | 13 | $2.51 |

Dated: October 21, 2011          /s/ Samuel D. Sweet
                                 Samuel D. Sweet, Chapter 7 Trustee
                                 P.O. Box 757
                                 Ortonville, MI 48462-0757
                                 248-236-0985
                                 ssweet@trusteesweet.us